AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KATHLEEN M. SHARP,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-0225**
**WORTHINGTON CITY SCHOOL**    **JUDGE EDMUND A. SARGUS, JR.**
**DISTRICT BOARD OF EDUCATION,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed October 27, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 27, 2008                 JAMES BONINI, CLERK

                                                       /S/ Andy F. Quisumbing
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk